Mary Harvey Wendorf O'Day, administratrix of the estate of Victor J. O'Day, deceased, appellee, v. City of Chicago, appellant. Gen. No. 34,730.

Opinion filed May 19, 1931.

Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Hyman B. Ritman and Robert G. Lewis, Assistant City Attorneys, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Edwin D. Lawlor, for appellee; Edwin Walsh, of counsel.

Mr. Justice Kerner delivered the opinion of the court.